# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RANERO; and JASMIN RANERO, in each case individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>Defendants | Case No. 5:16-cv-02655 CBM (DTBx)<br><br>[*Hon. Consuelo B. Marshall*]<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [JS-6]** |

IT IS HEREBY ORDERED that the above-entitled action be dismissed in its entirety with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). This Court shall retain jurisdiction over matters relating to the Bankruptcy Estate of Plaintiff Luis Ranero to the extent that such matters pertain to the settlement funds in this case.

    IT IS SO ORDERED.

Dated: June 14, 2019

_____
Hon. Consuelo B. Marshall
United States District Judge